UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **21-CR-561 (RJL)** |
| **MILIQUE N. WILSON** : | |

**NOTICE OF FILING**

Mr. Milique N. Wilson, through undersigned counsel, respectfully submits the attached letters of support for the Court's consideration when determining an appropriate sentence.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500